IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD RABB,

        Plaintiff,        CV F 03 5659 AWI WMW P

  vs.                     ORDER

G. HONEST, et al.,

        Defendants.

     On March 8, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint.  On April 11, 2007, Plaintiff filed objections to the findings and recommendations along with a first amended complaint.

     Accordingly, IT IS HEREBY ORDERED that the March 8, 2007, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   January 24, 2008**                /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE