IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD RABB,

       Plaintiff,                   CV F 03 5659 AWI  WMW   PC

  vs.                              ORDER FINDING COMPLAINT
                                      STATES A COLORABLE CLAIM
                                      AND DIRECTING PLAINTIFF
                                      TO COMPLETE USM 285 FORMS

G. HONEST, et al.,

       Defendants.

On January 28, 2008, an order was entered, advising Plaintiff that the first amended complaint stated a claim as to Defendant Honest, but failed to state a claim as to the remaining Defendants. Plaintiff was granted leave to file a second amended complaint. Plaintiff was advised that if he failed to do so, this action would proceed against Defendant Honest on the first amended complaint. Plaintiff has not filed a second amended complaint.

The April 11, 2007, first amended compalint appears to state cognizable claims for relief under 42 U.S.C. § 1983 against Defendant Honest for deliberate indifference.

Accordingly, it is HEREBY ORDERED that:

1.    Service is appropriate for the following defendants:

        G. HONEST

2.    The Clerk of the Court shall send plaintiff one  USM-285 form, one summons, a

       Notice of Submission of Documents form, an instruction sheet and a copy of the first amended April 11, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two copies of the endorsed first amended complaint filed April 11, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   February 29, 2008**            /s/  **William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE