1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    EDWARD TRUMAN RABB,

8          Plaintiff,                    CV F 03 5659 AWO WMW PC

9

10          vs.                          ORDER RE: FINDINGS &
                                         RECOMMENDATIONS (#23)
11
     G. HONEST, et al.,
12
           Defendants.
13

14

15

16          Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

17    was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

     Rule 72-302.
18
            On April 8, 2008, findings and recommendations were entered, recommending
19
     dismissal of this action for failure to obey a court order and to prosecute.  Plaintiff was provided
20
     an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the
21
     findings and recommendations.
22
            In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule
23
     73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the
24
     entire file, the court finds the findings and recommendations to be supported by the record and
25
     proper analysis.
26

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on April 8, 2008, are adopted in full; and

2.  This action is dismissed without prejudice for failure obey a court order and to prosecute.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    May 23, 2008**                        _____/s/ Anthony W. Ishii_____
                                                 UNITED STATES DISTRICT JUDGE

2